FILED

SEP 15 2026

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 5:26CR00416 |
| | ) | Title 18, United States Code, |
| DAKOTA RAY HORNER, | ) | Sections 922(d)(1), 922(g)(1), |
| DEEDEE MARIE SIR LOUIS, | ) | and 924(a)(8) |
| aka DEEDEE MARIE GRINDLE, | ) | |
| | ) | JUDGE OLIVER |
| Defendants. | ) | |

COUNT 1
(Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(8))

The Grand Jury charges:

1. From on or about August 22, 2024, through on or about May 12, 2026, in the Northern District of Ohio, Eastern Division, Defendant DAKOTA RAY HORNER, knowing he had previously been convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Aggravated Trafficking in Drugs and Aggravated Possession of Drugs, on or about May 3, 2021, in case number 2021CR0643, in the Stark County Court of Common Pleas, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Taurus model G2c 9x19 caliber semiautomatic pistol, bearing serial number AEM922146, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

COUNT 2

(Transfer of a Firearm to a Prohibited Person, 18 U.S.C. §§ 922(d)(l) and 924(a)(8))

The Grand Jury further charges:

2. From on or about August 22, 2024, through on or about May 12, 2026, in the Northern District of Ohio, Eastern Division, Defendant DEEDEE MARIE SIR LOUIS, knowingly transferred and otherwise disposed of a firearm, to wit: a Taurus model G2c 9x19 caliber semiautomatic pistol, bearing serial number AEM922146, to an individual, Dakota Ray Horner, knowing or having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Sections 922(d)(l) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

3. For the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2 are incorporated herein by reference. As a result of the foregoing offenses, Defendants DAKOTA RAY HORNER and DEEDEE MARIE SIR LOUIS shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the federal firearms violations charged herein.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.